IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LARRY LINVILLE AND MYRON HOLLAND**                               **PLAINTIFFS**

VS.                         NO. 1:04-CV-00004-WRW

**CONAGRA, INC., d/b/a CONAGRA**
**FROZEN FOODS, INC., AND JIM NESBITT**                            **DEFENDANTS**

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Comes on for hearing before the Court the request of David Hodges, one of the attorneys for the Plaintiffs, Larry Linville and Myron Holland, asking for a dismissal, without prejudice, and, for good cause shown, the Court grants the request and the captioned case is dismissed without prejudice.

IT IS SO ORDERED.

_____
THE HONORABLE WILLIAM R. WILSON, JR.
UNITED STATES DISTRICT JUDGE

DATE: 12-18-06